### (August 7, 1978)

■ In the Matter of the CITY OF AMSTERDAM, Petitioner, v NEW YORK

STATE DEPARTMENT OF TRANSPORTATION et al., Respondents.—Motion by Edmund D. Calleo as a member of a class of concerned citizens of the Fifth Ward of the City of Amsterdam, New York, for permission to intervene denied, without costs. Cross motion to dismiss appeal granted, without costs (cf. *Matter of Benson Realty Corp. v Walsh,* 40 AD2d 592, mot for lv to app den 31 NY2d 645). Greenblott, J. P., Sweeney, Kane, Larkin and Herlihy, JJ., concur.